01

02

03

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CURTIS EARLS, et al.,                              )
                                                   )
        Plaintiffs,                                )    CASE NO.   C14-0288-RAJ-MAT
                                                   )
        v.                                         )
                                                   )    REPORT AND RECOMMENDATION
SEATTLE POLICE DEPARTMENT, et al.,   )
                                                   )
        Defendants.                                )
_____ )

On January 6, 2014, plaintiffs Curtis Earls and Kamnsha Durham-Earls, proceeding *pro*

*se* and *in forma pauperis*, filed a complaint in the King County Superior Court against the

Seattle Police Department, the Seattle police chief, an unknown Seattle police sergeant, and an

unknown Seattle police officer.   Dkt. 1-1; *see also* Dkt. 1-7 (state court order granting motion

to proceed *in forma pauperis*).   At the time he filed the complaint, Mr. Earls was imprisoned at

the King County Correctional Facility ("KCCF"), and to date, that remains plaintiffs' address

of record.

On February 27, 2014, defendant James Pugel, Seattle's current police chief, removed

REPORT AND RECOMMENDATION
PAGE -1

01  plaintiffs' action to this Court.   Dkt. 1.   On February 28, 2014, the Court mailed a letter to Mr.

02  Earls at the KCCF, advising plaintiffs that their state court case had been removed and notifying

03  them of their new case number.   Dkt. 6.   That letter, however, was returned to the Court on

04  March 11, 2014, as undeliverable.   Dkt. 9.

05          On March 6, 2014, Mr. Pugel filed a motion to dismiss plaintiffs' complaint pursuant to

06  Federal Rule of Civil Procedure 12(b)(6), which he served on plaintiffs by mailing a copy to

07  Mr. Earls at the KCCF.   Dkt. 8 at 11.   On March 27, 2014, the day before the motion to

08  dismiss was noted for the Court's consideration, plaintiffs filed a notice informing the Court

09  that they would be unavailable from March 26, 2014 to August 30, 2014.   Dkt. 10.   There was

10  no indication in the notice of unavailability that plaintiffs were aware of Mr. Pugel's pending

11  motion to dismiss.

12          On April 4, 2014, the Court entered an Order striking defendants' motion to dismiss

13  from the motions calendar because it was unlikely that plaintiffs received notice of the motion

14  given that the Court's letter mailed to the same address a week earlier was returned as

15  undeliverable.   Dkt. 11 at 2.   A copy of the Court's Order was mailed to plaintiffs at their

16  address of record but was again returned as undeliverable.   Dkt. 12.

17          Pursuant to Local Civil Rule 41(b), *pro se* parties are required to keep the Court and

18  opposing parties advised of their current mailing address.   Local Rules W.D. Wash. LCR

19  41(b).   If mail sent to a *pro se* plaintiff by the Clerk is returned as undeliverable, and if the

20  plaintiff fails to notify the Court and opposing parties of his or her current mailing address

21  within 60 days of the mail being returned as undeliverable, the Court may dismiss the action

22  without prejudice for failure to prosecute.   *Id.*   Here, more than 60 days have passed since the

REPORT AND RECOMMENDATION
PAGE -2

01  Court's Feburary 28, 2014 letter was returned as undeliverable.   Accordingly, the Court

02  recommends that this action be DISMISSED without prejudice for failure to prosecute.   *See*

03  Local Rules W.D. Wash. LCR 41(b).   A proposed Order accompanies this Report and

04  Recommendation.

05          DATED this <u>16th</u> day of May, 2014.

06

07  _____
                                        Mary Alice Theiler
08                                      Chief United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE -3