UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS EARLS, et al., | ) |
| | ) CASE NO. C14-0288-RAJ |
| Plaintiffs, | ) |
| | ) |
| v. | ) ORDER DISMISSING CASE |
| | ) WITHOUT PREJUDICE FOR |
| SEATTLE POLICE DEPARTMENT, et al., | ) FAILURE TO PROSECUTE |
| | ) |
| Defendants. | ) |

The Court, having reviewed the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint and this case are DISMISSED, without prejudice, for failure to prosecute; and

\\
\\
\\
\\

ORDER DISMISSING CASE WITHOUT
PREJUDICE FOR FAILURE TO PROSECUTE
PAGE -1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 27th day of June, 2014.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING CASE WITHOUT
PREJUDICE FOR FAILURE TO PROSECUTE
PAGE -2